**No. 11-6800. Paul Lee Driver, Petitioner v. Jen Landers, et al.**

565 U.S. 1096, 132 S. Ct. 850, 181 L. Ed. 2d 555, 2011 U.S. LEXIS 8864.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 444 Fed. Appx. 934.

**No. 11-6812. George Rivas, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 1096, 132 S. Ct. 850, 181 L. Ed. 2d 555, 2011 U.S. LEXIS 8976.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 432 Fed. Appx. 395.

**No. 11-6823. Gabriel J. Arceo, et al., Petitioners v. California.**

565 U.S. 1096, 132 S. Ct. 851, 181 L. Ed. 2d 555, 2011 U.S. LEXIS 8973.

December 12, 2011. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

Same case below, 195 Cal. App. 4th 556, 125 Cal. Rptr. 3d 436.

**No. 11-6835. Bradly Cunningham, Petitioner v. Oregon.**

565 U.S. 1096, 132 S. Ct. 851, 181 L. Ed. 2d 555, 2011 U.S. LEXIS 8877.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-6848. Derrick L. Braddock, Petitioner v. Lloyd Rapelje, Warden.**

565 U.S. 1096, 132 S. Ct. 851, 181 L. Ed. 2d 555, 2011 U.S. LEXIS 9006, ▮

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-6849. Oscar Avilez, Petitioner v. Florida.**

565 U.S. 1096, 132 S. Ct. 851, 181 L. Ed. 2d 555, 2011 U.S. LEXIS 8953.

December 12, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Fourth District, denied.

Same case below, 50 So. 3d 1189.

**No. 11-6850. Timothy Nelson Butler, Petitioner v. Florida Department of Corrections.**

565 U.S. 1096, 132 S. Ct. 866, 181 L. Ed. 2d 555, 2011 U.S. LEXIS 8990.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-6852. Craig Bassett, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections, et al.**

565 U.S. 1096, 132 S. Ct. 851, 181 L. Ed. 2d 555, 2011 U.S. LEXIS 8938, ▮

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.